| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Chen, Edward M. | 2. Court or Organization<br><br>U.S. District Court, N.D. California | 3. Date of Report<br><br>12/16/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Federal Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee | Trust #2 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | Trustee | Trust #5 |
| 6. | Trustee | Trust #8 |
| 7. | Trustee | Trust #16 |
| 8. | Trustee | Trust #17 |
| 9. | Trustee | Trust #18 |
| 10. | Trustee | Trust #19 |
| 11. | Trustor (Erroneously reported as Trustee in prior Report) | Trust #20 |
| 12. | Officer & Director | Realty Co. #1 |
| 13. | Manager | Limited Liability Co. #1 |
| 14. | Manager | Limited Liability Co. #2 |
| 15. | Manager | Limited Liability Co. #3 |
| 16. | Manager | Limited Liability Co. #4 |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

| | | |
|---|---|---|
| 17. | Manager | Limited Liability Co. #5 |
| 18. | Manager | Limitied Liability Co. #6 |
| 19. | Manager | Limited Liability Co. #7 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | ACLU Employees - Defined Benefit Pension Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Trust #2 (salary) | $23,436.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Graduate Institute of Technology, Innovation and Intellectual Property Management of | 1/13/2013 - 1/19/2013 | Tapei, Taiwan | Mock Court Judging | Transportation, Lodging, Food |
| 2. | National ChengChi University | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Savings Bank | Co-signer on mortgage condominium investment | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #2 (Trustee | A | Rent | P1 | U | | | | | |
| 2. | | Interest | | | | | | | |
| 3. -Interfamily note (from Trust #8) | | | | | | | | | |
| 4. -Shares of Cooperative Apartment (San Francisco, CA) | | | | | Sold | 05/17/13 | P1 | H1 | David Hansen and |
| 5. | | | | | | | | | Patricia King |
| 6. -Bank of America (accounts) | | | | | | | | | |
| 7. -First Republic Bank (account) | | | | | | | | | |
| 8. -Sterling Bank & Trust (account) | | | | | | | | | |
| 9. -Aegon NV stock | | | | | | | | | |
| 10. -Hilton Hotels stock (erroneously included in prior Report) | | | | | Sold | 10/25/07 | K | E | |
| 11. -California State bonds (erroneously included in prior Report) | | | | | Redeemed | 09/01/07 | L | A | |
| 12. -Gateway Bank (account) (now Cathay Bank; branch acquired by | | | | | Closed | 05/21/13 | M | B | |
| 13. Cathay Bank) | | | | | | | | | |
| 14. - ▓▓▓▓ (account) | | | | | | | | | |
| 15. -East-West Bank (accounts) | | | | | Closed | 03/04/13 | L | B | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Limited Partnership #3 ▮▮▮▮ ▮▮▮▮ | A | Rent | M | U | | | | | |
| 19. | | Interest | | | | | | | |
| 20. -Commercial Property #3 (San Francisco, CA) | | | | | | | | | |
| 21. -Bank of America (accounts) | | | | | | | | | |
| 22. -First Republic Bank (account) | | | | | | | | | |
| 23. -Condominium #1 (Kohala Coast, HI) | | | | | | | | | |
| 24. -▮▮▮▮ LLC | | | | | | | | | |
| 25. -Commercial Property (Salt Lake City, UT) (erroneously included in | | | | | Sold | 08/31/12 | M | A | Laurence Meyer and |
| 26. 2013 Report) | | | | | | | | | Therese Mayer |
| 27. -Sterling Bank & Trust (account) | | | | | | | | | |
| 28. -Gateway Bank (account) (now Cathay Bank; branch acquired by | | | | | | | | | |
| 29. Cathay Bank) | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. Limited Partnership #5 ▮▮▮▮ | E | Rent | N | U | | | | | |
| 32. ▮▮▮▮ | | Interest | | | | | | | |
| 33. -Commercial Property #4 (Sacramento, CA) | | | | | | | | | |
| 34. -Bank of America (accounts) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -First Republic Bank (account) | | | | | | | | | |
| 36. -East-West Bank (account) | | | | | | | | | |
| 37. -Gateway Bank (account) (now Cathay Bank; branch acquired by | | | | | | | | | |
| 38. Cathay Bank) | | | | | | | | | |
| 39. -Sterling Bank & Trust (account) | | | | | | | | | |
| 40. -Limited Liability Company #2 | | | | | | | | | |
| 41. -Commercial Property #8 (San Rafael, CA) | | | | | | | | | |
| 42. -Bank of America (account) | | | | | | | | | |
| 43. -Wells Fargo Bank (account) | | | | | | | | | |
| 44. -First Republic Bank (account) | | | | | | | | | |
| 45. -Sterling Bank & Trust (account) | | | | | | | | | |
| 46. -East-West Bank (account) | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. Realty Co. #1 (stock) | A | Dividend | N | U | | | | | |
| 49. | | Distribution | | | | | | | |
| 50. -Bank of America (accounts) | | | | | | | | | |
| 51. -Sterling Bank & Trust (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -East-West Bank (account) | | | | | | | | | |
| 53. -Note (Lake Tahoe Development Co.) | | | | | | | L | A | SETTLED with Randy Lane |
| 54. | | | | | | | | | |
| 55. Bay Area Hotel Associates Limited Partnership | D | Dividend | K | W | | | | | |
| 56. | | | | | | | | | |
| 57. Life Insurance Policies - New York Life Ins. Co. | A | Interest | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. Trust #4 (Trustee only) | A | Rent | P1 | U | | | | | |
| 60. | | Interest | | | | | | | |
| 61. -Limited Partnership #3▮▮▮ | | | | | | | | | |
| 62. ▮▮▮ | | | | | | | | | |
| 63. -Limited Partnership #5▮▮▮ | | | | | | | | | |
| 64. ▮▮▮ | | | | | | | | | |
| 65. -Limited Liability Co. #1▮▮▮ | | | | | | | | | |
| 66. -Limited Partnership #1▮▮▮ | | | | | | | | | |
| 67. ▮▮▮ | | | | | | | | | |
| 68. -Limited Liabilty Co. #5▮▮▮. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Bank of America (accounts) | | | | | | | | | |
| 70. -Limited Liabilty Co. #7 ▓▓▓▓, ▓▓ | | | | | | | | | |
| 71. -Commercial Property #8 (Sacramento, CA) | | | | | | | | | |
| 72. -Bank of America (accounts) | | | | | | | | | |
| 73. -Sterling Bank & Trust (account) | | | | | | | | | |
| 74. -Limited Liabilty Co. #3 ▓▓▓▓▓ | | | | | | | | | |
| 75. -Sterling Bank & Trust (account) | | | | | | | | | |
| 76. -First Republic Bank (accounts) | | | | | | | | | |
| 77. -▓▓▓▓ LLC | | | | | | | | | |
| 78. -▓▓▓▓ LLC | | | | | | | | | |
| 79. -Bank of America (account) | | | | | | | | | |
| 80. -East-West Bank (account) | | | | | | | | | |
| 81. -Commercial Condominium (San Francisco, CA) | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. Trust #5 (Co-Trustee only) | A | Rent | O | U | | | | | |
| 84. | | Interest | | | | | | | |
| 85. -Limited Liability Co. #3 ▓▓▓▓ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Limited Liability Co. #7 L | | | | | | | | | |
| 87. -Limited Partnership #2 | | | | | | | | | |
| 88. -Commercial Property #2 (San Francisco, CA) | | | | | | | | | |
| 89. -Bank of America (accounts) | | | | | | | | | |
| 90. -First Republic Bank (account) | | | | | | | | | |
| 91. -Sterling Bank & Trust (account) | | | | | | | | | |
| 92. ___ LLC (account) | | | | | | | | | |
| 93. -East-West Bank (accounts) | | | | | | | | | |
| 94. -J.P. Morgan Chase (bond) | | | | | | | | | |
| 95. -Goldman Sachs Group (erroneously omitted from 2012 Report) | A | Interest | M | T | Buy | 08/27/12 | M | | |
| 96. -Goldman Sachs Group | | | | | Redeemed | 05/16/13 | M | A | |
| 97. -Gateway Bank (account) (now Cathay Bank; branch acquired by | | | | | | | | | |
| 98. Cathay Bank) | | | | | | | | | |
| 99. -East-West Bank (account) | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. Merrill Lynch - IRA | A | Dividend | M | T | | | | | |
| 102. -Account - Merrill Lynch | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 104. -Ariel Appreciation Fund | | | | | | | | | |
| 105. -Pimco All Asset | | | | | | | | | |
| 106. -Franklin U.S. Government Series Class A | | | | | | | | | |
| 107. -Calvert Social Index | | | | | Buy | 12/19/13 | K | | |
| 108. | | | | | | | | | |
| 109. Merrill Lynch - IRA | A | Dividend | K | T | | | | | |
| 110. -Account - Merrill Lynch | | | | | | | | | |
| 111. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 112. -Pimco All Asset | | | | | | | | | |
| 113. -Franklink U.S. Government Series Class A | | | | | | | | | |
| 114. -Calvert Enhance Equity | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. Lincoln Financial Group (403(b)) | A | Dividend | L | T | | | | | |
| 117. -LVIP UBS Global Asset Allocation | | | | | | | | | |
| 118. -LVIP Delaware Social Awareness | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bank of America (accounts) | C | Interest | M | T | | | | | |
| 121. | | | | | | | | | |
| 122. Sterling Bank & Trust (accounts) | A | Interest | K | T | | | | | |
| 123. | | | | | | | | | |
| 124. Gateway Bank (account) (now Cathay Bank; branch acquired by | A | Interest | N | T | | | | | |
| 125. Cathay Bank) | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. Trust #3 (Revocable trust - all income and assets already | | | | | | | | | |
| 128. reported herein) | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. Trust #16 (Trustee only) | A | Rent | P1 | U | | | | | |
| 131. | | Interest | | | | | | | |
| 132. -Limited Partnership #2 ▓▓▓▓ ▓▓▓▓ | | | | | | | | | |
| 133. -Bank of America (account) | | | | | | | | | |
| 134. -Sterling Bank & Trust (account) | | | | | Open | 08/13/13 | L | | |
| 135. | | | | | | | | | |
| 136. Limited Liability Co. #4 ▓▓▓▓ ▓▓▓▓ | D | Rent | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | Interest | | | | | | | |
| 138. -Limited Partnership #1 | | | | | | | | | |
| 139. Limited Partnership #2 | | | | | | | | | |
| 140. -Limited Partnership #3 | | | | | | | | | |
| 141. -Limited Partnership #5 | | | | | | | | | |
| 142. -Bank of America (account) | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. Condominium #2 (Kohala Coast, HI) | A | Rent | | | Sold | 03/15/13 | M | A | John Howe and |
| 145. | | | | | | | | | Jean Howe Trust |
| 146. | | | | | | | | | |
| 147. Condominium #3 (Kohala Coast, HI) | A | Rent | | | Sold | 01/24/13 | N | A | James Flynn and |
| 148. | | | | | | | | | Kathryn Flynn |
| 149. | | | | | | | | | |
| 150. Limited Liability Co. #6 | F | Rent | M | U | | | | | |
| 151. | | Interest | | | | | | | |
| 152. | | | | | | | | | |
| 153. -Condominium #4 (Kohala Coast, HI) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Provident Credit Union (account) | | | | | | | | | |
| 155. -Ally Bank (account) | | | | | | | | | |
| 156. -Bank of America (account) | | | | | | | | | |
| 157. -First Republic Bank (account) | | | | | | | | | |
| 158. -East-West Bank (account) | | | | | | | | | |
| 159. -Condominium #5 (Maui, HI) | | | | | | | | | |
| 160. -Commercial Condominium (San Francisco, CA) | | | | | | | | | |
| 161. -Sterling Bank & Trust (account) | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. Limited Liability Co. #7 ▓▓▓ (Manager only) | A | Rent | P1 | U | | | | | |
| 164. | | | | | | | | | |
| 165. ▓▓▓ LLC | A | Dividend | N | U | | | | | |
| 166. | | | | | | | | | |
| 167. Trust #17 | E | Rent | P1 | U | | | | | |
| 168. | | Interest | | | | | | | |
| 169. -Commercial Property #11 (Petaluma, CA) | | | | | Buy | 06/14/13 | P1 | | Patrick Easely |
| 170. -East-West Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Bank of America (account) | | | | | Open | 06/05/13 | J | | |
| 172. | | | | | | | | | |
| 173. Trust #18 | G | Interest | P1 | U | | | | | |
| 174. | | Distribution | | | | | | | |
| 175. -East-West Bank (account) | | | | | | | | | |
| 176. -Sterling Bank & Trust (account) | | | | | Open | 05/28/13 | M | | |
| 177. -Gateway Bank (account) (now Cathay Bank; branch acquired by | | | | | Open | 06/03/13 | M | | |
| 178. Cathay Bank) | | | | | | | | | |
| 179. -First Republic Bank | | | | | Open | 06/21/13 | M | | |
| 180. | | | | | | | | | |
| 181. Trust #19 | H1 | Rent | O | U | | | | | |
| 182. | | Interest | | | | | | | |
| 183. -Limited Liabiltiy Co. #1 ▓▓▓▓▓ , ▓▓ | | | | | | | | | |
| 184. -Commercial Building #9 (San Francisco, CA) | | | | | | | | | |
| 185. -Commercial Building #10 (San Francisco, CA) | | | | | | | | | |
| 186. -Bank of America (accounts) | | | | | | | | | |
| 187. -First Republic Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Sterling Bank & Trust (account) | | | | | | | | | |
| 189. -East-West Bank (account) | | | | | | | | | |
| 190. -Commercial Condominium (San Francisco, CA) | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. Trust #20 | G | Rent | P1 | U | | | | | |
| 193. | | Interest | | | | | | | |
| 194. -Limited Liabiltiy Co. #1 | | | | | | | | | |
| 195. -Limited Partnership #3 | | | | | | | | | |
| 196. -Limited Liability Co. #5 | | | | | | | | | |
| 197. -Commercial Property #1 (San Francisco, CA) | | | | | | | | | |
| 198. -Bank of America (accounts) | | | | | | | | | |
| 199. -First Republic Bank (account) | | | | | | | | | |
| 200. -Sterling Bank & Trust (account) | | | | | | | | | |
| 201. -Limited Liability Co. #6 | | | | | | | | | |
| 202. -Limited Liabiltiy Co. #3 | | | | | | | | | |
| 203. -Commercial Property #7 (Sacramento, CA) | | | | | | | | | |
| 204. -Bank of America (accounts) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -First Republic Bank (account) | | | | | | | | | |
| 206. -Limited Liability Co. #2 | | | | | | | | | |
| 207. -East-West Bank (account) | | | | | | | | | |
| 208. -Sterling Bank & Trust (account) | | | | | | | | | |
| 209. -Gateway Bank (account) (now Cathay Bank; branch acquired by | | | | | | | | | |
| 210. Cathay Bank) | | | | | | | | | |
| 211. -Bank of America (account) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 12/16/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward M. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544